UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: PRIME ENERGY CONSUMER
LITIGATION

*This Document Relates to All Actions*

24 Civ. 2657 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

By Order dated June 24, 2024, this Court consolidated several putative class actions under the above-described caption; set a schedule for motion practice for those interested in serving as lead plaintiff (and, by extension, interim lead counsel); and scheduled a hearing on the motion to take place, in person, at Courtroom 618 in the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007. (Dkt. #22). Pursuant to that Order, on July 26, 2024, Plaintiffs Lara Vera, Jemirria Thompson, and Bryant Preudhomme filed a motion for the appointment of: (i) Kristen Lake Cardoso of Kopelowitz Ostrow Ferguson Weiselberg Gilbert; and (ii) Paul Doolittle of Poulin Willey Anastopoulo as interim co-lead counsel. (Dkt. #25-26). Defendant Prime Hydration filed a response to the motion on August 16, 2024. (Dkt. #29).

On August 30, 2024, Attorney Doolittle sought a continuance of the hearing based on a scheduling conflict. (Dkt. #30). The Court granted the application and continued the matter to October 2, 2024. (Dkt. #31). On September 10, 2024, the parties proposed a stipulation and order for the Court's signature, which stipulation set forth a schedule for submission of an amended class action complaint identical to one of the prior complaints filed in

this matter and for briefing of a motion to dismiss.  (Dkt. #32).  The practical effect of the stipulation was to appoint the two firms that had filed individual class actions against Defendant as co-interim lead counsel.  Without waiting for the Court's approval, Plaintiffs then filed a consolidated class action complaint on September 17, 2024.  (Dkt. #33).

While the Court appreciates the parties' collective desire to minimize delays in this litigation, the Court deliberately elected not to sign the parties' proposed stipulation, and thus has not endorsed the parties' schedule. Instead, the Court will discuss issues — including the propriety of two firms serving as co-interim lead counsel in this matter — at the hearing it previously scheduled to take place on **October 2, 2024, at 10:00 a.m.**, in Courtroom 618 in the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    September 20, 2024
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge