**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE: PRIME ENERGY CONSUMER
LITIGATION

This Document Relates to All Actions

24 **CIVIL** 2657 (KPF)

# **JUDGMENT**

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 31, 2025, Defendant's motion to dismiss is GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York

August 1, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**  *K. Mango*
_____
**Deputy Clerk**